■ In the Matter of LIBERTY MUTUAL INSURANCE COMPANY, Respondent, v. JOSEPH GONZALEZ, Appellant.— On this appeal from an order of the Supreme Court, Nassau County, entered November 23, 1973, which permanently stayed arbitration between the parties, the attorney for respondent, Liberty Mutual Insurance Company, has advised this court, by letter dated January 10, 1975, that he does not oppose the granting of the relief requested by appellant. In accordance therewith, the order is reversed, a trial is ordered of the issue of the existence of an unidentified vehicle involved in the accident with appellant's vehicle, and a temporary stay of arbitration is granted pending such trial. No costs are awarded either party. Gulotta, P. J., Rabin, Hopkins, Martuscello and Benjamin, JJ., concur.

■ In the Matter of MARTIN MASLINOFF, Individually and as President of the Wappinger-Central School Faculty Association, and on Behalf of All Others Similarly Situated, et al., Appellants, v. CENTRAL SCHOOL DISTRICT No. 1 OF THE TOWNS OF WAPPINGER, POUGHKEEPSIE, FISHKILL, and LA GRANGE, in DUTCHESS COUNTY, and KENT, and PHILLIPSTOWN, in PUTNAM COUNTY, et al., Respondents — Judgment of the Supreme Court, Dutchess County, entered February 2, 1972, affirmed, without costs (*Matter of Sanford v. Rockefeller*, 35 N Y 2d 547). Martuscello, Acting P. J., Latham, Cohalan, Brennan and Benjamin, JJ., concur. [67 Misc 2d 149.]